**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-CV-21089-KMW**

| | |
|---|---|
| TOA TRADING LLC AND MUNSHIBARI LLC,<br>Plaintiffs,<br>v.<br>MULLEN AUTOMOTIVE, INC. AND MULLEN TECHNOLOGIES, INC.,<br>Defendants. | Case No. 1:22-CV-21089-KMW<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXENSION OF TIME TO ANSWER DEFENDANTS' COUNTERCLAIM**

Plaintiffs TOA Trading LLC and Munshibari LLC ("Plaintiffs"), by and through their undersigned counsel, respectfully request that this Court enter an order granting Plaintiffs an extension of time to answer or move to dismiss the counterclaim Mullen Automotive, Inc. and Mullen Technologies, Inc. ("Defendants") asserted in Defendants' Answer to Complaint, Affirmative Defenses, and Counterclaim for Declaratory Relief ("Defendants' Answer"). In support, Plaintiffs state as follows:

1. Defendants filed Defendants' Answer via ECF on April 4, 2023.

2. Defendants' Answer includes a counterclaim for declaratory relief.

3. Plaintiffs' response to the counterclaim for declaratory relief asserted in Defendants' Answer is currently due April 25, 2023.

4. Plaintiffs request a 30-day extension, until May 25, 2023, to respond to Defendants' Answer.

5. Plaintiffs are requesting this extension of time to evaluate whether to file a motion in response to Defendants' counterclaim or to answer the counterclaim.

6. Plaintiffs also need additional time to respond because of work on a trial in another case.

7. Plaintiffs have not received any previous extensions of time in this case.[1]

8. Plaintiffs certify that their counsel has communicated with Defendants' counsel, Susan Dent, who has agreed to this Motion and the extension of time requested.

---

[1] On May 27, 2022, Plaintiffs requested a nine-day extension of time for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss the Complaint for Improper Venue or, in the Alternative, Motion to Transfer Pursuant to 28 U.S.C. 1404(a) (the "Opposition to Defendants' Motion to Dismiss") [DE 12]. Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on June 1, 2022 (the original due date) [DE 13-15] so the Court denied Plaintiffs' request for an extension as moot [DE 16].

WHEREFORE, Plaintiffs move this Court to grant Plaintiffs an additional 30 days, until May 25, 2023, to answer Defendants' counterclaim.

DATED: April 19, 2023

Respectfully submitted,
*/s/ Manuel J. Dominguez*
Manuel J. Dominguez (Fla. Bar No. 0054798)
COHEN MILSTEIN SELLERS
& TOLL PLLC
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile: (561) 515-1401
jdominguez@cohenmilstein.com

Barry Taus
PRO HAC VICE
Kevin Landau
PRO HAC VICE
TAUS, CEBULASH & LANDAU, LLP
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
btaus@tcllaw.com
klandau@tcllaw.com