**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-21089-Civ-Williams/Sanchez

TOA TRADING LLC AND
MUNSHIBARI LLC,

      Plaintiffs,

v.

MULLEN AUTOMOTIVE, INC. AND
MULLEN TECHNOLOGIES, INC.

      Defendants.

_____/

## ORDER ON UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

This matter is before the Court on Defendants Mullen Automotive, Inc. and Mullen Technologies, Inc.'s Unopposed Motion for Substitution of Counsel, ECF No. 68. Having been advised that Plaintiffs do not oppose the Motion for Substitution of Counsel, and being otherwise fully informed in the premises, it is hereby

**ORDERED AND ADJUDGED** that Unopposed Motion for Substitution of Counsel, ECF No. 68, is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Brian P. Miller, Esq. of King & Spalding LLP shall be substituted as counsel of record for Defendants, and Susan F. Dent, Esq., Jedidiah Vander Klok, Esq., Niva Harney-Hiller, Esq., Gilda Flam, Esq., and the law firm of Kennedys CMK LLP shall be discharged and relieved from any further responsibility in this matter and shall no longer represent nor have any responsibility to represent Defendants in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11th day of March 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Kathleen M. Williams
    Counsel of Record