**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-CV-21089-KMW**

**TOA TRADING LLC AND**
**MUNSHIBARI LLC,**

  **Plaintiffs,**

v.

**MULLEN AUTOMOTIVE, INC. AND**
**MULLEN TECHNOLOGIES, INC.**

  **Defendants.**

_____/

**JOINT NOTICE OF SETTLEMENT**

  Plaintiffs TOA Trading LLC ("TOA") and MunshiBari LLC ("MunshiBari") (collectively "Plaintiffs") and Defendants Mullen Automotive, Inc. and Mullen Technologies, Inc. (collectively "Mullen" or "Defendants"), (Plaintiffs and Defendants collectively "the Parties"), have reached a settlement in principle in this matter and anticipate filing a Stipulation of Dismissal with Prejudice after a confidential settlement agreement is finalized.  Therefore, the Parties respectfully request that the Court suspend all pending deadlines in the above-captioned case and stay the action until June 15, 2024, without prejudice to the right of the Parties to file a Stipulation of Dismissal with Prejudice before the expiration of this period.

Dated: April 29, 2024

Respectfully submitted,

| **COHEN MILSTEIN SELLERS & TOLL PLLC**<br>11780 U.S. Highway One<br>Suite N500<br>Palm Beach Gardens, FL 33408<br>Telephone: (561) 515-1400<br>Facsimile: (561) 515-1401<br><br>By: */s/ Manuel J. Dominguez*<br>Manuel J. Dominguez<br>Florida Bar No. 0054798<br>jdominguez@cohenmilstein.com<br><br>Barry Taus<br>PRO HAC VICE<br>Kevin Landau<br>PRO HAC VICE<br>TAUS, CEBULASH & LANDAU, LLP<br>123 William Street, Suite 1900A<br>New York, NY 10038<br>Telephone: (646) 873-7654<br>Facsimile: (212) 931-0703<br>btaus@tcllaw.com<br>klandau@tcllaw.com<br><br>*Counsel for Plaintiffs* | **KING & SPALDING LLP**<br>Southeast Financial Center<br>200 S. Biscayne Boulevard<br>Suite 4700<br>Miami, Florida 33131<br>Telephone: (305) 462-6000<br><br>By: */s/ Brian P. Miller*<br>Brian P. Miller, Esq.<br>Florida Bar No. 0980633<br>bmiller@kslaw.com<br>Samantha J. Kavanaugh, Esq.<br>Florida Bar No. 0194662<br>skavanaugh@kslaw.com<br>Corinne E. Nabors, Esq.<br>Florida Bar No. 1050017<br>cnabors@kslaw.com<br><br>*Counsel for Defendants* |
|---|---|