UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-21089-KMW

**TOA TRADING LLC AND
MUNSHIBARI LLC,**

    **Plaintiffs,**

v.

**MULLEN AUTOMOTIVE, INC. AND
MULLEN TECHNOLOGIES, INC.**

    **Defendants.**

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs TOA Trading LLC and MunshiBari LLC (collectively "Plaintiffs") and Defendants Mullen Automotive Inc. and Mullen Technologies, Inc. (collectively "Defendants"), by and through their respective attorneys of record, and being all of the parties in this action, jointly stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, and each and every count and claim asserted therein, **be dismissed with prejudice**, each party to bear their own costs, expenses, and fees.

Dated: June 14, 2024

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**
11780 U.S. Highway One
Suite N500
Palm Beach Gardens, FL 33408
Telephone: (561) 515-1400
Facsimile: (561) 515-1401

By: */s/ Manuel J. Dominguez*
    Manuel J. Dominguez, Esq.
    Florida Bar No. 0054798
    jdominguez@cohenmilstein.com

Barry Taus, Esq.
PRO HAC VICE
Kevin Landau, Esq.
PRO HAC VICE
**TAUS, CEBULASH & LANDAU, LLP**
123 William Street, Suite 1900A
New York, NY 10038
Telephone: (646) 873-7654
Facsimile: (212) 931-0703
btaus@tcllaw.com
klandau@tcllaw.com

*Counsel for Plaintiffs*

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 4700
Miami, Florida 33131
Telephone: (305) 462-6000

By: */s/ Brian P. Miller*
    Brian P. Miller, Esq.
    Florida Bar No. 0980633
    bmiller@kslaw.com
    Samantha J. Kavanaugh, Esq.
    Florida Bar No. 0194662
    skavanaugh@kslaw.com
    Corinne E. Nabors, Esq.
    Florida Bar No. 1050017
    cnabors@kslaw.com

*Counsel for Defendants*